# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*United States of America v. Eva Mariea Houser*
Case No. 3:17-cr-00105-TMB-03

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: ORDER FROM CHAMBERS

The matter comes before the Court on Defendant Eva Mariea Houser's Motion for Early Termination of Supervised Release (the "Motion").[1] The Motion is unopposed by both the United States Probation and Pretrial Services Office ("USPO")[2] and Plaintiff United States of America,[3] and is ripe for resolution.

Houser moves for early termination of her supervised release on the basis of her compliance with the conditions of supervised release, including her continued sobriety, strengthened family support, and success in higher education.[4] Houser reports that since release, she has been "open and honest with her probation officer, her support network, and knows when she needs help."[5] Houser highlights that she has "alleviated her debt, improved her credit score, and has pulled her family back together."[6] Specifically, Houser has seen success as a student at the University of Alaska Anchorage and wishes to "obtain her PhD to become a drug clinician."[7] Moreover, upon release Houser successfully completed a substance use disorder outpatient treatment program and now volunteers at the treatment center as a peer mentor while working towards her bachelor's degree.[8] Houser includes a letter from the treatment center in support of the Motion.[9]

USPO supports the Motion, highlighting that Houser has "made significant progress and satisfied all conditions of her supervision," and "has maintained a stable residence and is enrolled in school full-time, where she is excelling in all of her courses."[10]

The United States does not oppose the Motion.[11]

---

[1] Dkt. 214 (Motion).
[2] Dkt. 215 (USPO Memorandum).
[3] Dkt. 217 (Government Response).
[4] Dkt. 214.
[5] *Id.* at 3.
[6] *Id.*
[7] *Id.* at 2.
[8] *Id.* at 3; Dkt. 214-2 (Treatment Center Certificate).
[9] Dkt. 214-1 (Treatment Center Letter).
[10] Dkt. 215.
[11] Dkt. 217.

18 U.S.C. § 3583(e)(1) allows a court—after considering the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised released . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Having reviewed the briefing in this matter, and considering the factors set forth in 18 U.S.C. § 3553(a), the Court agrees with the parties and concludes that early termination of Houser's supervised release is warranted at this time.

Accordingly, the Court **GRANTS** the Motion at Docket 214. FURTHER, it is hereby **ORDERED** that Houser's term of supervised release is terminated effective the date of this Order.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: December 8, 2022.